

IN THE
TENTH COURT OF APPEALS

No. 10-14-00112-CR

TEVIN SHERARD ELLIOTT,

                                                                    Appellant

 v.

THE STATE OF TEXAS,

                                                                    Appellee

From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-1543-C2

O R D E R

Tevin Sherard Elliott's motion for rehearing is denied.

                                        TOM GRAY
                                        Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed May 28, 2015

